UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY ULOHO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-3789** |
| **MARINANA LEGER, WARDEN LCIW** | **SECTION "K"(6)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Mary Uloho's petition for issuance of a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of April, 2010.

_____
**UNITED STATES DISTRICT JUDGE**